UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   CR94-081-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER EXTENDING TIME FOR |
| JAE SHIK CHA, | ) | GOVERNMENT'S RESPONSE |
| Defendant. | ) | |

The United States has moved for a sixty-day extension of time to respond to defendant Jae Shik Cha's motion for modification of an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c). (Dkt. 254.) Having reviewed the Government's motion, the Court hereby finds and ORDERS as follows:

(1) The United States has shown good cause for an extension of time to respond, in light of the nature of the issues raised in Mr. Cha's motion and the need to locate relevant pleadings and records in an action that was initiated more than ten years ago. However, the United States has not shown sufficient reason to extend the time to respond for a period as long as sixty days.

(2) Therefore, the due date for Government's response to Mr. Cha's motion is extended by forty-five days to **June 30, 2005**. Defendant may file a reply brief not to exceed six pages, which shall be mailed to the Court and to counsel for the United States no later than **July**

ORDER
PAGE -1

**18, 2005**. Defendant's motion for modification of an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c) (Dkt. 251) is re-noted on the Court's motion calendar for **July 22, 2005**.

  (3) The Clerk is directed to send copies of this order to defendant and to counsel for the United States.

  DATED this  2nd  day of May, 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2